# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| JERRY THOMAS COEN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 5:16-CV-353 (MTT) |
| HOMER BRYSON, Commissioner, *et al.*, | ) ) ) ) |
| Defendants. | ) ) |

## ORDER

Before the Court is the recommendation of Magistrate Judge Stephen Hyles. Doc. 9. The Magistrate Judge has performed a screening pursuant to 28 U.S.C. § 1915A(a) and recommends that Plaintiff Jerry Thomas Coen's claims be allowed to proceed for further factual development. *Id.* at 6. Further, the Magistrate Judge recommends that Timothy O'Neal Bell's Motion for an Injunction (Doc. 6) be denied. The parties have not objected to the Recommendation. The Court adopts the findings, conclusions, and recommendations of the Magistrate Judge. Accordingly, Coen's claims are allowed to proceed and Bell's Motion for Injunction (Doc. 6) is **DENIED**. The Clerk of Court is **DIRECTED** to forward Bell a copy of the Court's standard § 1983 forms and the necessary forms to permit him to move to proceed in forma pauperis.

**SO ORDERED**, this 13th day of April, 2017.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT